IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEANDRE DUNSTON,       )
                       )
    Plaintiff,         )
v.                     )     Civil Action No. 3:20CV727–HEH
                       )
COLONEL CRAIG, et al., )
                       )
    Defendants.        )

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on October 16, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or relocated. On September 1, 2021, the United States Postal Service returned an August 24, 2021 Memorandum Opinion and Order to the Court marked, "RETURN TO SENDER" and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                /s/
                              HENRY E. HUDSON
Date: Sept. 14, 2021      SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia