IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEANDRE DUNSTON, )
)
Plaintiff, )
v. ) Civil Action No. 3:20CV727–HEH
)
COLONEL CRAIG, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION
(Dismissing Defendant for Lack of Service)

Plaintiff, a Virginia inmate proceeding *pro se* filed this civil rights action. The matter is before the Court on Plaintiff's failure to serve Defendants within the time required by Federal Rule of Civil Procedure 4(m).

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had ninety (90) days from the filing of the complaint to serve the defendants. As pertinent here, that period commenced on April 1, 2022. By Memorandum Order entered on July 8, 2022, the Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to show good cause for his failure to serve Defendants within the time required by Rule 4(m). (Order, ECF No. 39.) Plaintiff has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
Henry E. Hudson
Senior United States District Judge

Date: August 24, 2022
Richmond, Virginia